**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER STROSS,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES GOSA REAL ESTATE, INC.,<br><br>        Defendant. | Case No. CV 19-2561 FMO (Ex)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of July, 2019.

                                                      /s/<br>
                                        Fernando M. Olguin<br>
                                      United States District Judge